## IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

**BARBARA WATSON**                                                                  **PLAINITFF**

**VS.**                                                         **CAUSE NO.:** 22-CV-216-HR

**WALMART, INC. d/b/a WALMART
SUPERCENTER #1074, and STORE
MANAGER JOHN DOE**                                                              **DEFENDANTS**

### COMPLAINT
(Jury Trial Demanded)

COMES NOW, Plaintiff Barbara Watson ("Plaintiff" or "Mrs. Watson"), by and through counsel, and files this Complaint against Defendants Walmart, Inc. d/b/a Walmart Supercenter #1074 and Store Manager John Doe ("Defendant Walmart," "Defendant Store Mgr.," or collectively "Defendants") for damages arising from a slip and fall caused by Defendant's negligent actions and/or omissions and shows this Honorable Court the following; to-wit:

### PARTIES

1. The Plaintiff, Barbara Watson, is an adult resident citizen of the State of Mississippi, residing at 988 South Line Street, Grenada, MS, 38901.

2. Defendant Walmart is a foreign corporation qualified to do business within the State of Mississippi. Defendant may be served with process in accordance with the Mississippi Rules of Civil Procedure by serving its registered agent, C. T. Corporation System, located at 645 Lakeland East Drive, Suite 101, Flowood, MS 39232.

3. Defendant Store Mgr., whose identity is unknown to the Plaintiff at this time, is upon information and belief, is an employee of Walmart Supercenter #1074. All allegations and claims asserted herein against the named Defendant is incorporated herein by reference against Store Mgr. John Doe. Said John Doe, when his identity is known, will be named and joined in this action, if necessary, pursuant to the Mississippi Rules of Civil Procedure.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over the subject matter herein pursuant to the provisions of Section 9-7-81 of the Mississippi Code of 1972, annotated, as amended, in that this cause of action is not made exclusively cognizable in some other Court by either the Constitution or the laws of this state, and by virtue of the fact that the principle amount in controversy exceeds Two Thousand Five Hundred Dollars ($2,500.00).

5. Venue in this Court is proper pursuant to Miss. Code Ann. §11-11-3 as a substantial event that caused the injury occurred in Washington County, Mississippi, and the Defendants are residents of Grenada County, Mississippi.

## FACTS

6. On or about February 12, 2020, Plaintiff was a business invitee of Defendant Walmart in Grenada, MS located at 1655 Sunset Drive, Grenada, MS 38901.

7. As Plaintiff entered the store, she slipped and fell in a puddle of water. Plaintiff called out to her daughter alerting her that she had fallen.

8. Plaintiff was assisted by an employee who brought a wheel chair to help her get up. Plaintiff was then taken to customer service where she was asked questions by the store supervisor.

9. At all times relevant herein, Defendant Store Mgr. was employed and acting within the scope of his employment at Defendant Walmart.

10. Plaintiff was then transported to the University Mississippi Medical Center via ambulance for treatment.

11. Plaintiff sustained injuries from the slip and fall including her back, knee, leg, feet, shoulder, muscles and nerves, and body as a whole.

12. As a result of Defendants' negligence, Plaintiff was caused to suffer injuries and damages.

## DUTIES and BREACHES

13. The sole and proximate cause of the aforesaid incident, together with the resulting damages suffered by Plaintiff, was the negligent acts and omission of Defendants, which included, but were not necessarily limited to, the following:

    a. Defendants owed a duty of reasonable care to Plaintiff as an invitee, and negligently failed to inspect for dangerous conditions;

    b. Defendants failed to keep the premises reasonably safe, in general, for Plaintiff, an invitee;

    c. Defendants failed to warn Plaintiff of the dangerous condition that it created;

    d. Defendants knew or should have known of the dangerous condition, namely, the water, which caused Plaintiff's fall.

    e. As a result of the foregoing, Plaintiff sustained damages.

## DAMAGES and CAUSATION

14. As a direct and proximate consequence of the incident, Plaintiff was caused to suffer injury to her person.

15. Plaintiff's injuries and damages include at least the following:

    a. Trauma to her back, knee, leg, feet, shoulder, muscles and nerves, and trauma to the body as a whole;

    b. Emotional trauma, shock, and stress;

    c. Emotion distress and mental anguish which Plaintiff suffered, suffers, and will continue to suffer;

    d. Loss of enjoyment of life and other damages.

16. Plaintiff is entitled to recover a final judgment of, from, and against Defendants for all of the following:

    a. A sum in excess of the minimum jurisdictional limitation of this Court, and adequately to reasonably compensate Plaintiff for all actual compensatory and punitive damages suffered by her as a direct and proximate consequence of the incident.

    b. Pre- and post-judgment interest as provided by law; and

    c. All costs herein.

## AD DAMNUM

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, now brings this cause of action against Defendants and demands judgment of and from the Defendants which will fairly compensate Plaintiff for his injuries and damages, together with all costs and pre and post-judgment interest.

Respectfully submitted, this, the 3rd day of August, 2022.

**BARBARA WATSON, Plaintiff**

By: _Carlos E. Moore_
**Carlos E. Moore, MSB# 100685**

OF COUNSEL:

**The Cochran Firm-MS Delta**
306 Branscome Drive
P. O. Box 1487
Grenada, MS 38902-1487
662-227-9940 – phone
662-227-9941 – fax
Email: cmoore@cochranfirm.com

**FILED**
GRENADA COUNTY
AUG -3 2022
MICHELE REDDITT GARCIA, CIRCUIT CLERK
BY: _____ D.C.