IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**BARBARA WATSON**                                                                                              **PLAINTIFF**

**V.**                                                                                        **NO. 4:22-CV-144-DMB-JMV**

**WALMART, INC. d/b/a Walmart
Supercenter #1074, and STORE
MANAGER JOHN DOE**                                                                          **DEFENDANTS**

## ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 15th day of September, 2022.

                                                           **/s/Debra M. Brown**
                                                           **UNITED STATES DISTRICT JUDGE**