IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BARBARA WATSON                                                                                      PLAINTIFF

v.                                                                          CIVIL ACTION NO. 4:22-CV-144-SA-JMV

WALMART, INC. d/b/a WALMART
SUPERCENTER #1074, and STORE
MANAGER JOHN DOE                                                                               DEFENDANTS

ORDER

Plaintiff Barbara Watson initiated this civil action against Walmart, Inc. in the Circuit Court of Grenada, Mississippi on August 3, 2022. After Walmart, Inc. removed the case to this Court, Watson filed Motions to Amend [19] and Remand [17].

On June 21, 2023, this Court issued an Order and Memorandum Opinion [29] granting Watson's Motion to Amend [19]. The Order [29] advised that the Court would take action on the Motion to Remand [17] once Watson filed her proposed amended complaint, which she was ordered to do within seven (7) days.

Watson has timely filed her Amended Complaint [30]. Therefore, for the reasons set forth in the Court's June 21 Order and Memorandum Opinion [29], Watson's Motion to Remand [17] is GRANTED. This CASE is CLOSED. The Clerk of Court is directed to take all steps necessary to perfect the remand of this case.

SO ORDERED, this the 23rd day of June, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE